```
JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST.  SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br>Patricia E. James, aka<br>Patricia E. Garceau, aka<br>Patricia E. Martin,<br><br>　　　　　Defendant | No. CV A 08-**01735**<br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Patricia E. James, aka Patricia E. Garceau, aka Patricia E. Martin, in the principal amount of $2,631.86 plus interest accrued to March 12, 2008, in the sum of $3,971.97; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**6,603.83**.

DATED: April 2, 2008　　　　　　By: SHERRI R. CARTER
　　　　　　　　　　　　　　　　　　　　　Clerk of the Court


　　　　　　　　　　　　　　　　　/s/K.Phillips for Sharon McGee-Traylor
　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　United States District Court